Kimberli Zazzi
Vincent M. Ontario
LEMON LAW PRO
3017 Douglas Boulevard, Suite 300
Roseville, CA 95661
Telephone: 916-836-8565
Facsimile: 916-836-8583
kimberli@lemonlawpro.com
vince@lemonlawpro.com

Attorney for Plaintiff

Erin E. Hanson, Esq., SBN 272813
EHanson@ClarkHill.com
**CLARK HILL LLP**
One America Plaza
600 West Broadway, Suite 500
San Diego, CA 92101
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC; and DOES 1 - 10,<br><br>　　　　　Defendants | Case No.: 2:21-cv-00041-MCE-KJN<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. Morrison C. England |

　　　The Court has reviewed the Joint Motion for Order Dismissing the Action with Prejudice, and hereby orders as follows:

///

///

///

///

///

///

1

The Parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE